THE COURT ORDERS:

[X]  Transfer of Jurisdiction, Approved

[ ]  Transfer of Jurisdiction, Denied

[ ]  Other

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/15
```

_____
Signature of Judicial Officer

March 20, 2015
_____
Date